Exhibit A

Page 1

```
 1
 2           IN THE UNITED STATE DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION
 4  JOSEPH D.G. SIMPSON, et al.,
    on behalf of themselves
 5  and all others similarly
    situated,
 6
                 Plaintiffs,
 7
    v.                                      Case No. 18-cv-0553
 8
    SHERIFF TOM DART, in his                 Judge Sharon J. Coleman
 9  official capacity, et al.,
                                             Mag. J. Sidney I. Schenkier
10           Defendants.
11  and
12  LOUIS MONAE, on behalf of
    himself and all others
13  similarly situated,
14               Plaintiffs,
                                             Case No. 18-cv-424
15  v.
                                             Judge Sharon J. Coleman
16  SHERIFF TOM DART, in his
    official capacity, et al.,   Mag. J. Sidney I. Schenkier
17
                 Defendants.
18  ---------------------------
19         DEPOSITION OF 30(b)(6) WITNESS
20              ROSEMARIE M. NOLAN
21                Chicago, Illinois
22           Thursday, November 8, 2018
23
    Reported by:
24
    JANICE M. KOCEK, CSR, CLR
25  JOB NO. 150013
```

Page 2

1
2
3
4
5         November 8, 2018
6         10:41 a.m.
7
8
9         The deposition of 30(b)(6) witness
10  ROSEMARIE M. NOLAN, held at the offices of
11  Willenson Law, LLC, 542 South Dearborn Street,
12  Suite 610, Chicago, Illinois, before Janice M.
13  Kocek, a Certified Shorthand Reporter,
14  Certified LiveNote Reporter and Notary Public
15  of the State of Illinois.
16
17
18
19
20
21
22
23
24
25

1                    R. NOLAN
2    one.
3         Q.    And then you said whether you're a
4    felony, so that gets us to six?
5         A.    Is that six?  Then it may be six.
6         Q.    Okay.  All right.
7               If a seventh one comes to you --
8         A.    Yeah, if it comes so me you, but I
9    think -- you know, I've gone through in my
10   head.  I mean, I think it is six.
11        Q.    Okay.  Well, if at any time during
12   the course of today that you remember something
13   that we asked earlier that you want to
14   supplement your testimony, feel free to let us
15   know.
16        A.    Okay.
17        Q.    So if there is a seventh and you
18   remember, just let us know.
19        A.    Did I say driver's license?
20        Q.    Yes.
21        A.    Okay.
22        Q.    So you mentioned applicant testing
23   phases.  Just so we have it clear on the
24   record, can you just describe what you mean by
25   that?

                                                              Page 40

1                       R. NOLAN

2        A.    Yes, so we -- the Merit Board

3   administers two entry level written

4   examinations.  They are -- we have a contract

5   with the IO Solutions, Industrial

6   Organizational Solutions, and they provide the

7   testing materials.  And we administer written

8   examinations to the applicants.

9               The first -- there's a first test,

10  the first written examination that's conducted.

11  It's the National -- it's a National Criminal

12  Justice Officer Selection Inventory.  And we

13  provide -- or we test the applicants and then

14  we provide the test booklets and the answer

15  keys to the IO Solutions testing company so

16  they can score the examinations.

17       Q.    So I want to make sure I have this

18  -- I understand this correctly.  So there's two

19  tests.  One is the National Criminal Justice

20  Inventory Test and there's a second test that

21  IO Solutions administers?

22       A.    IO Solutions provides both tests to

23  the Merit Board.  And we administer them to the

24  applicants.

25       Q.    Okay.

Page 47

1                    R. NOLAN
2       doesn't talk about the -- yeah, it's
3       talking about identification and location,
4       not going into the details of the
5       decision-making that was put into that or
6       the things that were changed.
7  BY MR. MEHRI:
8       Q.   Okay.  Well, setting aside
9  decision-making, can you describe what the
10 models were before 2014 and the models after
11 2014?
12      A.   Well, I can't -- I can't discuss the
13 models.  I mean, you would need to hear from
14 IO Solutions I think to give you an educated,
15 you know, explanation of what those models are.
16      Q.   Did they ever discuss with you what
17 a validation study is?
18      A.   No.  I mean, not specifically, no.
19      Q.   Do you know what that term means?
20      A.   To validate a test?
21      Q.   To validate a test, right.
22      A.   Yes.
23      Q.   Can you describe that?
24      A.   Well, they're -- there's a lot of
25 methodologies to validating.  I mean, you know,

Page 48

1       R. NOLAN
2   I can talk about for the promotional
3   examinations there are -- job analysis is done
4   to validate the tests that -- you know, that's
5   being utilized to ensure that it's appropriate
6   for the promotional candidates.
7       Q.   Well, for the -- let's keep it to
8   the -- right now the inventory test.  Is there
9   a validation study that was done for that test
10  that you --
11      A.   That would be something -- that
12  would definitely be something you would talk to
13  IO Solutions about how they validate to
14  recommend the National Criminal Justice
15  Examination for -- for the sheriff's Merit
16  Board.
17      Q.   Are you aware of any validation
18  study for that, the inventory, the 200
19  questions?
20      A.   No.  Again, I think that's -- again,
21  that's something that they would need to
22  address.
23      Q.   Okay.  The -- can you describe a
24  little bit what you meant by the situational --
25  the second test, situational test, like what's

Page 49

1    R. NOLAN
2    the form of that test?
3    A.    That -- now, if you -- if you pass
4    the first examination, the National Criminal
5    Justice Examination, then you would proceed on
6    to the SBSA examination. That is a situational
7    judgment-type test where the applicant is
8    giving -- given scenarios. And mainly they're
9    law enforcement scenarios.
10         And the applicant is asked to --
11   there's typically four answers. And they're
12   asked to provide the best answer and then rate
13   the other three answers to what they would most
14   likely -- how they would most likely respond to
15   that.
16   Q.    Is that also paper and pencil or is
17   that video or some other form?
18   A.    That's paper and pencil as well.
19   Q.    And are you aware of any validation
20   studies done for the second test, the
21   situational test?
22   A.    No. Again, that's something -- like
23   I said, they would have to explain how they
24   validate that test.
25   Q.    Did that come up in any of your

1      R. NOLAN
2      that's a good clarification.
3  BY MR. MEHRI:
4      Q.    So you mentioned that a validation
5  study regarding lowering the test score and you
6  meant the national criminal test.  Was there
7  any data collected by the Merit Board, anybody
8  at the Merit Board, regarding the validation
9  study for that?
10     A.    No, we asked them to -- we told
11 IO Solutions that we wanted to increase the
12 applicant pool.  They in turn gave us options
13 to go about doing that.  So they were the
14 responsible party for looking at the data.  We
15 wouldn't look at our own data because they have
16 the data.  They have the data of the applicant
17 pool.
18     Q.    Where do they get that data from?
19     A.    From the testing.  From the people
20 that take the test.
21     Q.    Did they also have the demographic
22 data including the race of the applicants?
23     A.    Yes.
24     Q.    How do they get that?
25     A.    They collect that.  IO Solutions

1       R. NOLAN

2  collects when they -- they collect that on

3  their -- on the -- when they -- on the testing

4  booklet or the testing Scantron.

5       Q.   What do you mean by the testing

6  Scantron?

7       A.   Well, you fill out the testing

8  Scantron and it asks for the applicant name and

9  other identifiers.  I can't say specifically

10 what identifiers because I didn't look at the

11 Scantron, but they -- they collect that

12 information.

13      Q.   And just so the record is clear,

14 what do you mean by Scantron?

15      A.   A form that is filled out with --

16 when given -- when the applicant is given the

17 test booklet, they're given a Scantron.

18      Q.   And is that something they enter

19 electronically or they write it on a piece of

20 paper?  Where is that collected?

21      A.   On top of the Scantron.

22      Q.   Okay.

23      A.   I mean, at the top where you fill it

24 out indicating your name and your information.

25      Q.   And that includes demographic data,