UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Joseph D.G. Simpson, et al.
                    Plaintiff,
v.                                               Case No.: 1:18−cv−00553
                                                 Honorable Sharon Johnson Coleman
County of Cook, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2019:

    MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearing held. Plaintiffs' motion to compel third party subpoena Respondent Industrial/Organizational Solutions to produce document [132] is entered and continued. Third Party's response shall be filed by 9/16/2019; reply to be filed by 9/20/2019. Court will issue its ruling by mail. Status hearing set for 9/6/2019 at 10:30 a.m. As stated on the record, prior to the next status hearing counsel to submit a joint proposed discovery schedule and motion for class certification schedule. Counsel to propose a discovery schedule to include both class and merits discovery taking into account there is no bifurcation. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.