**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Joseph D.G. Simpson, et al.
                              Plaintiff,

v.                                                 Case No.: 1:18−cv−00553
                                                      Honorable Sharon Johnson Coleman

County of Cook, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 2, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: ENTER ORDER. We grant plaintiffs' motions to compel production of information from IOS (Case No. 18 C 424, doc. # 131; Case No. 18 C 553, doc. # [132]). By noon on 10/10/19, the parties shall file a proposed deadline for IOS to complete the production required by the Order. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.