# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH D.G. SIMPSON, *et al.*, on behalf of themselves and all others similarly situated, | )<br>)<br>) Case No. 18-cv-553 |
| Plaintiffs, | )<br>) Judge Sharon Johnson Coleman<br>) Mag. J. Heather K. McShain |
| v. | )<br>) |
| SHERIFF TOM DART, in his official capacity, *et al.* | )<br>) |
| Defendants. | ) |

# ORDER

1. On September 13, 2021, the Court denied Plaintiffs' Motion for Class Certification. (ECF No. 332.)

2. The claims of putative class members were tolled through that date pursuant to *American Pipe & Constr. Co. v. Utah*, 414 U.S. 538 (1974).

3. On September 27, 2021, Plaintiffs filed a petition for leave to appeal in the Seventh Circuit Court of Appeals pursuant to Fed. R. Civ. P. 23(f), Case No. 21-8028.

4. It is hereby ORDERED that the statute of limitations for the claims of all putative class members, as defined in Plaintiffs' Second Amended Complaint, be further tolled from September 13, 2021 through and including December 9, 2021.

IT IS SO ORDERED.

Date: October 25, 2021

Entered: _____
SHARON JOHNSON COLEMAN

United States District Judge