# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Joseph D.G. Simpson, et al.
　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:18−cv−00553
　　　　　　　　　　　　　　　　　　　　　Honorable Sharon Johnson Coleman

County of Cook, et al.
　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 7, 2022:

　　　MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 9/7/2022. Parties express that they are amenable to having a settlement conference. The referral to Magistrate Judge McShain is expanded for settlement discussions. Judge McShain also has authority to adjust discovery deadlines. Plaintiffs' motion to extend the existing Tolling Order to 11/6/2022 [376] is granted. Enter Order. As to the motion for entry of Rule 23(c)(1) order, that motion is entered and continued. Plaintiff's motion for setting a discovery schedule [377] is stricken. The Court had previously stricken the discovery deadlines, but the parties should still continue with discovery. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.