# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Joseph D.G. Simpson, et al.

                        Plaintiff,

v.                                                  Case No.: 1:18−cv−00553
                                                  Honorable Heather K. McShain

County of Cook, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report updating on settlement [515]. As to the class claims, the parties report that on 9/23/2025, Class Plaintiffs delivered a comprehensively revised settlement draft to Cook County Sheriff's Office and Cook County. This draft included all proposed exhibits, including class notices and claim forms. Defendants anticipate a final round of discussions regarding settlement between Class Plaintiffs and defendants Cook County Sheriff's Office and Cook County can take place by 10/20/2025. Class Plaintiffs and the Merit Board met virtually on 8/27/2025 to discuss the class list and certain settlement terms. After that meeting, additional progress has been made, and the parties expect to continue towards resolution of any remaining issues. As to the individual claims, the parties report that they aim to identify any remaining items upon which they are at an impasse by 10/15/2015. By 10/24/2025, all parties are to submit a joint status report updating on the status of settlement addressing both individual and class claims. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) prior to the joint status report deadline should they need assistance with finalizing the settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.